UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LOUIS WHITEHEAD,

                    Plaintiff,

          -against-

NETFLIX INC., et al.,

                    Defendants.

22-CV-0883 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 28, 2022, Plaintiff filed a motion for recusal (ECF 5), which the Court

denied on March 8, 2022 (ECF 7). On the same day he filed the motion, Plaintiff submitted an

amended motion for recusal (ECF 8), which was entered on the docket on March 11, 2022, after

the Court denied the original motion. Plaintiff appears to have submitted the amended motion to

indicate that the Court was appointed by former President Bill Clinton rather than President

Barack Obama. He otherwise makes the same arguments that he presented in the original motion.

The Court therefore denies the amended motion for the same reasons stated in the March 8,

2022, order.

## CONCLUSION

Plaintiff's amended motion (ECF 8) is denied for the same reasons stated in the Court's

March 8, 2022, order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 18, 2022
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2