UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LOUIS WHITEHEAD,

                Plaintiff,

-against-

NETFLIX INC., et al.,

                Defendants.

22-CV-0883 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On March 8, and March 18, 2022, the Court denied Plaintiff's motion and amended motion for recusal, finding his claims of judicial bias without merit as the Court has no bias or prejudice against Plaintiff. On March 28, 2022, Plaintiff filed a motion for reconsideration of the orders (ECF 11) in which he asserts that the Court is biased against him because the Court was appointed by President Bill Clinton who, along with Hillary Clinton, has associations with Barack and Michelle Obama and entertainment companies in Hollywood, such as Netflix, a defendant in this action. Plaintiff also asserts that the Court is biased because of its ruling against him in a prior case. After considering Plaintiff's contentions, the Court denies the motion.

      Plaintiff largely makes the same arguments as those he presented in his motion and amended motion for recusal. The Court therefore denies Plaintiff's motion for reconsideration for the same reasons set forth in the Court's March 8, and March 18, 2022, orders (ECF 7, 10), that Plaintiff's assertions of judicial bias are unsupported and do not warrant the Court's recusal in this matter. The Court has no bias or prejudice against Plaintiff.

      Because Plaintiff does not present any legal or factual matters that would call into question the Court's denials of his motion and amended motion for recusal, the motion for reconsideration is denied.

## CONCLUSION

The Court denies Plaintiff's motion for reconsideration (ECF 11).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 8, 2022
        New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge