UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LOUIS WHITEHEAD,<br><br>                              Plaintiff,<br><br>         -against-<br><br>NETFLIX INC., et al.,<br><br>                              Defendants. | 22-CV-0883 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 27, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed for lack of subject matter jurisdiction, and alternatively, for failure to state a claim and as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 27, 2022
         New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge